# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOE L. ANDREWS and ELGIN I. MCCARGO, EXECUTOR OF THE ESTATE OF ANNIE MCCARGO-ANDREWS, a/k/a ANNIE MURL MCCARGO-ANDREWS,<br><br>    Plaintiffs,<br><br>        v.<br><br>MONROE COUNTY TRANSIT AUTHORITY and CHARLES JORDAN,<br><br>    Defendants. | CIVIL ACTION NO. 3:11-CV-1859<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 25th day of May, 2012, **IT IS HEREBY ORDERED** that Defendants Monroe County Transit Authority and Charles Jordan's Motion to Dismiss Plaintiffs' Revised Amended Complaint (Doc. 14) **is GRANTED**.

(1) Count I of Plaintiffs' Revised Amended Complaint, State-Created Danger, is **DISMISSED with prejudice**.

(2) Pursuant to 28 U.S.C. § 1367(c)(3), the Court declines to exercise supplemental jurisdiction over Plaintiffs' state law claims against Defendants and those claims are **DISMISSED without prejudice**.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

                                              /s/ A. Richard Caputo
                                              A. Richard Caputo
                                              United States District Judge